Silver Springs Manufacturing Company, Plaintiff, v. The Kemper-Thomas Company, Defendant.— Defendant's exceptions overruled, motion for a new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Patrick Brennan, Respondent, v. Peter J. Farmer, Appellant, Impleaded with James D. Farmer and Mary H. Farmer.— Judgment and order affirmed, without costs. All concurred, except Williams, J., who dissented upon the ground that the court had the power to allow the guardian his costs and expenses and that the refusal to do so was an improper exercise of discretion.

Ephraim Englund, Respondent, v. The Town of Westmoreland, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jabez C. Pierce, Respondent, v. The Supreme Tent of the Knights of the Maccabees of the World, Appellant.— It appearing that there are not four justices of this court qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the third judicial department, to be there heard and determined pursuant to the provisions of section 231 of the Code of Civil Procedure. Spring and Robson, JJ., not sitting.

Reuben W. Wright and Another, Respondents, v. Daniel F. Toomey and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Charles O. Weller, Appellant, v. C. W. Miller Transfer Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Patrick Dowdell, Appellant, v. Lackawanna Steel Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Leonard Drake for a Writ of Certiorari Directed to Hon. William S. Andrews. — Application for writ of certiorari granted and proceedings stayed upon petitioner giving a bond of $2,500 to be approved by a justice of the Supreme Court of the fifth judicial district. All concurred; McLennan, P. J., not sitting.

Peter M. Bredel, Respondent, v. John Knaszak and Others, Appellants.— Motion to dismiss appeal denied, without costs. Held, that the judge who tried the case having resettled the case and exceptions after the order made at Special Term that the case and exceptions be deemed abandoned, this court should not give effect to the latter order and dismiss this appeal by reason thereof.

William F. Lynn, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Leander M. Dix, Appellant, v. The Village of Randolph, Respondent.— Motion denied, with ten dollars costs.